## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MADRICK GISCLAIR** <br> **VERSUS** <br> **CROSBY TUGS, L.L.C.** | **CIVIL ACTION NO.: 2:23-01180** <br><br> **SECTION: "J"(2)** <br><br> **DISTRICT JUDGE** <br> **CARL J. BARBIER** <br><br> **MAGISTRATE JUDGE** <br> **DONNA PHILLIPS CURRAULT** |

## O R D E R

**CONSIDERING THE FOREGOING** Motion to Strike Jury Demand and Continue Trial **(Rec. Doc. 12)**:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the jury demand included in the Answer filed by Defendant, Crosby Tugs, LLC, is stricken from the record.

**IT IS FURTHER ORDERED** that this matter will be tried as a bench trial to this Court.

**IT IS FURTHER ORDERED** that the Case Manager shall set a conference to select a new trial date, pretrial conference date and to reset all unexpired pretrial deadlines as of the filing of the Motion to Strike Jury Demand and Continue Trial.

**SIGNED** at New Orleans, Louisiana, this 12th day of March, 2024.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**